IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. C-14-96-6 |
| MARTHA GONZALEZ, AKA, MARTHA GONZALEZ PADRON | § § | |

## ORDER ACCEPTING GUILTY PLEA

Now before the Court is the Findings and Recommendation of the United States Magistrate Judge Jason B. Libby containing his recommendation (1) that this Court adopt his findings that the Defendant's guilty plea in the above-styled and numbered cause was knowingly and voluntarily entered, with a full understanding of the consequences of the plea and the constitutional rights being waived, and that the plea was supported by an adequate basis in fact; (2) that the Court accept the Defendant's guilty plea; and (3) that the Court adjudge the Defendant guilty of the offense charged in Count Four of the Indictment. (D.E. 90.)

On April 4, 2014, the Magistrate Judge, by designation and referral of this Court (pursuant to the authority of 28 U.S.C. § 636(b)(3) and this Court's standing order of referral) and with the consent of the parties, conducted the re-arraignment and guilty plea colloquy of the Defendant, Martha Gonzalez, aka, Martha Gonzalez Padron. The Indictment charged the Defendant with having committed the following offense:

### Count Four

On or about October 18, 2013, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, the Defendant,

Martha Gonzalez, aka, Martha Gonzalez Padron,

> did knowingly make a false statement or representation to Terry Lindsey DBA Talco Arms, a business licensed under the provisions of Chapter 44 of Title 18 United States Code, with respect to the information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Terry Lindsey DBA Talco Arms, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, in which the defendant, answered "yes" to question 11a of Form 4473 which asked, "Are you the actual transferee/buyer of the firearm listed on this form?" whereas, in truth and in fact, the answer was no.
> In violation of Title 18, United States Code, Sections 924(a)(1)(A) and 924 (a)(1)(D).

(D.E. 33). After being placed under oath and advised of the charge against her, as well as her right to a jury trial and the consequences of entering a plea of guilty, the Defendant entered a plea of guilty to Count Four of the Indictment.

More than fourteen days have passed since the parties, respectively, were served with the Magistrate Judge's Findings and Recommendation, and no party has filed objections. The Court regards such omission as the parties' agreement with and acceptance of the Magistrate Judge's findings. When no timely objection to a magistrate judge's findings and recommendation is filed, the district court need only satisfy itself that there is no clear error on the face of the record and accept the magistrate judge's findings and recommendation. *Guillory v. PPG Industries, Inc.*, 434 F.3d 303, 308 (5th Cir. 2005) (citing *Douglass v. United Services Auto Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996)); *United States v. Rivas*, 85 F.3d 193, 194 (5th Cir. 1996).

In the case at hand, the Court is of the opinion that the Magistrate Judge's Findings and Recommendation is supported by the record and that there is no clear error. Furthermore, the Court finds that the Defendant, Martha Gonzalez, aka, Martha Gonzalez Padron, is fully competent and capable of entering an informed plea; that she is aware of the nature of the charge

made against her, the consequences of her plea, and the nature of the constitutional rights that she is waiving; that her plea of guilty is a knowing and voluntary plea that did not result from force, threats, or promises (other than promises in a plea agreement); and that it is supported by an independent basis in fact containing each of the essential elements of the offense with which she is charged.

**THEREFORE**, the Court **ADOPTS** the Magistrate Judge's findings as its own, **ACCEPTS** Defendant's plea of guilty, and **ADJUDGES** the Defendant, Martha Gonzalez, aka, Martha Gonzalez Padron, guilty as charged in Count Four of the Indictment.

**ORDERED** this 22 day of April 2014.

**NELVA GONZALES RAMOS**
**UNITED STATES DISTRICT JUDGE**

3